UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SOL D. STEPHENS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHIGAN CITY AREA SCHOOL )<br>SYSTEM and INDIANAN STATE )<br>TEACHER'S ASSOCIATION )<br>)<br>Defendants ) | CAUSE NO.  3:04-CV-477 RM |

OPINION AND ORDER ADOPTING RECOMMENDATION

On October 19, 2005, the court ordered the parties to file written status reports by November 7. The plaintiff, *pro se*, didn't comply with that order and on November 22, the court issued an order directing the plaintiff to show cause why his case should not be dismissed for failure to prosecute by December 21. Again, the plaintiff did not respond, and on January 6, 2006, Magistrate Judge Nuechterlein issued a Report and Recommendation that this case be dismissed pursuant to FED. R. CIV. P. 41(b). The parties had 10 days to file any objections to the magistrate judge's recommendation, and those 10 days have passed with no objections being filed. FED R. CIV. P. 72(b).

Accordingly, the court now adopts the magistrate judge's report and recommendation [Doc. No. 14] and DISMISSES this case WITHOUT PREJUDICE.

SO ORDERED.

ENTERED: January 23, 2006

          /s/Robert L. Miller, Jr.
          Chief Judge
          United States District Court

cc:    S. Stephens
       Counsel of Record